IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GENWORTH LIFE AND ANNUITY
INSURANCE COMPANY,

       Plaintiff,

     v.

LINDSEY MICHELLE STEELE,
individually, and SARAH KATHERINE
FOCHT, individually,

       Defendants.

Civ. No. 6:19-cv-01634-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa K. Kasubhai filed a Findings and Recommendation (ECF No. 24), and the matter is now before the Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Defendants did not file objections, the Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 24) is adopted in full. Genworth Life and Annuity Insurance Company ("GLAIC") is discharged from this case with prejudice and Defendants are enjoined from making further claims against GLAIC under Policy Number 6541292. GLAIC may also recover its fees and costs of $11,660.00 from the funds on deposit.

1 – ORDER

IT IS SO ORDERED.

DATED this 23rd day of April, 2020.


_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge